UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VALERIE MASON, )<br>)<br>    Plaintiff, )<br>)<br>v. )  Case No. 17-cv-01985-BPG<br>)<br>WELLS FARGO BANK, N.A., )<br>)<br>    Defendant. )<br>) | |

**JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION**

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") and Plaintiff Valerie Mason ("Plaintiff") (collectively "Parties"), by and through their undersigned counsel, and hereby submit this Joint Stipulation to Arbitrate Claims and Stay Action pending the conclusion of arbitration, respectfully stating as follows:

1.  Plaintiff commenced this action by filing a Complaint against Wells Fargo on July 17, 2017.

2.  Since the service of the Complaint, counsel for the parties have been working together to determine whether Wells Fargo made any calls to Plaintiff's cell phone number. Recently, the parties identified a phone number associated with an account in Plaintiff's name that Wells Fargo may have called.  The account agreement associated with this phone number includes an arbitration provision.

3.  As a consequence, the parties have agreed to arbitrate all claims in this case pursuant to the express terms of the account agreement.

4.  The Parties, through their respective counsel of record, stipulate and agree to the terms as follows:

    a.  The parties shall submit to binding non-judicial arbitration;

      b.      The arbitration shall be conducted through American Arbitration Association ("AAA");

      c.      The case shall be stayed pending arbitration, and that each Party shall bear its own attorneys' fees and costs as to this federal court action;

      d.      Plaintiff will initiate arbitration with AAA according to the Rules set forth by the AAA for Consumer Arbitration;

      e.      In all other respects, both parties explicitly agree to arbitrate this dispute consistent with the rules of the dispute forum.

WHEREFORE, the Parties respectfully request that this Court enter an order consistent with proposed Order filed contemporaneously with this Joint Stipulation.

                      Respectfully submitted,

| | |
|---|---|
| /s/ Amy Lynn Bennecoff | /s/ Creighton R. Magid |
| Amy Lynn Bennecoff | Creighton R. Magid # 15488 |
| KIMMEL & SILVERMAN, P.C. | DORSEY & WHITNEY LLP |
| 30 East Butler Pike | 1401 New York Avenue, N.W., Suite 900 |
| Ambler, PA 19002 | Washington D.C., 20005 |
| Telephone: (215) 540-8888 | Telephone: (202) 442-3555 |
| Fax: (215) 540-8817 | Facsimile: (202) 442-3199 |
| aginsburg@creditlaw.com | Magid.chip@dorsey.com |
| | |
| Attorneys for Plaintiff | Eric J. Troutman* |
| VALERIE MASON | Nicole Y. Su* |
| | DORSEY & WHITNEY LLP |
| | 600 Anton Boulevard, Suite 2000 |
| | Costa Mesa, California 92626 |
| | Telephone: (714) 800-1400 |
| | Fax: (714) 800-1499 |
| | troutman.eric@dorsey.com |
| | su.nicole@dorsey.com |
| | * Admitted *Pro Hac Vice* |
| | |
| DATED:  February 16, 2018 | Attorneys for Defendant |
| | WELLS FARGO BANK N.A. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2018, I electronically filed the foregoing JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY ACTION with the Clerk of the Court for the United States District Court for the District of Maryland using the CM/ECF system, which automatically served all counsel in this case:

    Amy Lynn Bennecoff, Esq.
    KIMMEL & SILVERMAN, P.C.
    30 East Butler Pike
    Ambler, PA  19002

    /s/ Creighton R. Magid
    Creighton R. Magid