UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| VALERIE MASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17-cv-01985-BPG |
| | ) |
| WELLS FARGO BANK, N.A., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the Stipulation to Arbitrate Claims and Stay Proceedings by Plaintiff Valerie Mason and Defendant Wells Fargo Bank, N.A., and good cause appearing, it is this 20TH day of February, 2018,

ORDERED that:

1. This case is closed in light of the parties' agreement to arbitrate claims;

2. The arbitration shall be conducted through the American Arbitration Association ("AAA"); and,

3. Plaintiff will initiate arbitration with the AAA according to the Rules set forth by the AAA.

BETH P. GESNER
United States Magistrate Judge